Jeffrey KINNAMAN, Appellant

v.

DIVISION OF EMPLOYMENT SECURITY, Respondent.

No. WD 74479.

Missouri Court of Appeals, Western District.

June 19, 2012.

Jeffrey Kinnaman, Appellant pro se.

Robert A. Bedell, for Respondent.

Before Division One: JOSEPH M. ELLIS, Presiding Judge, JAMES E. WELSH, Judge and ALOK AHUJA, Judge.

## ORDER

PER CURIAM:

Jeff Kinnaman appeals from a decision issued by the Labor and Industrial Relations Commission affirming the dismissal of his untimely appeal to the Appeal's Tribunal. After a thorough review of the record, we conclude that the Commission's order is supported by sufficient evidence in the record, that the Commission acted within its powers, that the decision was not procured by fraud, and that the facts found by the Commission support the award. No jurisprudential purpose would be served by a formal, published opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 84.16(b).

STATE of Missouri, Appellant

v.

Sean David Michael TATE, Respondent.

No. WD 74637.

Missouri Court of Appeals, Western District.

June 19, 2012.

Julie A. Highley–Keutzer, for Appellant.

Lance A. Riddle, for Respondent.

Before Division One: JOSEPH M. ELLIS, Presiding Judge, JAMES E. WELSH, Judge and ALOK AHUJA, Judge.

## ORDER

PER CURIAM:

The State of Missouri appeals an order issued by the Circuit Court of Johnson County granting Sean Tate's motion to suppress evidence obtained subsequent to his arrest for driving while intoxicated based upon a lack of probable cause to support his arrest. After a thorough review of the record, we find no abuse of discretion on the part of the trial court. No jurisprudential purpose would be served by a formal, published opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).